```
1  Marc V. Kalagian
   Attorney at Law:  4460
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-mail:  rohlfing.kalagian@rksslaw.com
5
   Leonard Stone
6  Attorney at Law:  5791
   Shook & Stone, Chtd.
7  710 South 4th Street
   Las Vegas, NV 89101
8  Tel.: (702)385-2220
   Fax:  (702)384-0394
9  E-mail:  kshonfeld@shookandstone.com

10 Attorneys for Plaintiff
   Tracy A. Horstkotter
11
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| TRACY A. HORSTKOTTER, | ) Case No.: 2:15-cv-02202-JAD-VCF |
|---|---|
| Plaintiff, | ) |
| vs. | ) **Stipulation and Order** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) **Awarding Attorney Fees and Expenses** |
| Defendant. | ) ECF No. 22 |

TO THE HONORABLE JENNIFER A. DORSEY, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Tracy A.

Horstkotter be awarded attorney fees in the amount of four thousand five hundred dollars ($4,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Tracy A. Horstkotter, the government will consider the matter of Tracy A. Horstkotter's assignment of EAJA feeS.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Tracy A. Horstkotter, but if the Department of the Treasury determines that Tracy A. Horstkotter does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Marc V. Kalagian, pursuant to the assignment executed by Tracy A. Horstkotter.[1]  Any payments made shall be delivered to Rohlfing & Kalagian.

This stipulation constitutes a compromise settlement of Tracy A. Horstkotter's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Tracy A. Horstkotter and/or Young Cho, Marc V. Kalagian including

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

Rohlfing & Kalagian may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Young Cho, Marc V. Kalagian and/or Rohlfing & Kalagian to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: January 4, 2017  Respectfully submitted,

ROHLFING & KALAGIAN

BY: /s/ *Marc V. Kalagian*
Marc V. Kalagian
Attorney for plaintiff Tracy A. Horstkotter

DATE: January 4, 2017  DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Chief, Civil Division

/s/ *Chantal R. Jenkins*

CHANTAL R. JENKINS
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

Of Counsel:
Young Cho
Attorney at Law

**ORDER**

**IT IS SO ORDERED.**

Jennifer Dorsey
United States District Judge
January 10, 2017

-3-